*Mr. Robert S. Erdahl* for the United States.

No. 407.   VIRGINIA EX REL. TOWN OF APPALACHIA ET AL. *v.* OLD DOMINION POWER CO., INC.   November 5, 1945. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied.   *Mr. M. M. Heuser* for petitioners.   *Messrs. E. Randolph Williams* and *T. Justin Moore* for respondent.

No. 412.   GREAT LAKES DREDGE & DOCK CO. *v.* WALLING, ADMINISTRATOR.   November 5, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. Homer D. Dines* and *James P. Dillie* for petitioner.   *Solicitor General McGrath* and *Miss Bessie Margolin* for respondent.

No. 413.   BAY STATE DREDGING & CONTRACTING CO. *v.* WALLING, ADMINISTRATOR.   November 5, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Mr. Edward C. Park* for petitioner.   *Solicitor General McGrath* and *Miss Bessie Margolin* for respondent.

No. 414.   HALL *v.* UNITED STATES.   November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. James F. Kemp* for petitioner.   *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 415.   HEINEL MOTORS, INC. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR.   November 5, 1945.   Petition for